CRIMINAL COMPLAINT
(Submitted electronically)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jaime Ivan Morales**<br>DOB: 1999; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-04244MJ** |

Complaint for violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(D)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about January 20, 2020, at or near Douglas, in the District of Arizona, **Jaime Ivan Morales** did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On January 20, 2021, at approximately 10:13 a.m., **Jaime Ivan MORALES** entered the United States from the Republic of Mexico via the Douglas Port of Entry in Douglas, Arizona. **MORALES** was the driver of a gray 2002 Nissan Maxima. **MORALES** is the registered owner and sole occupant in the vehicle. Customs and Border Protection Officers (CBPOs) conducted an inspection of the vehicle. The inspection led to the discovery of 18 packages, which were found concealed in the rear seat and in both rear quarter panels of the vehicle. A representative sample of the contents of the packages tested positive for the characteristics of marijuana. The marijuana had a total weight of 11.6 kilograms.

After waiving his *Miranda* rights, **MORALES** stated that he was in possession of what he believed to be marijuana for the purpose of transportation and delivery. **MORALES** stated that he was going to be paid $65 per package he successfully smuggled. **MORALES** stated that he was going to drop the vehicle off in Douglas somewhere but was not sure exactly where. **MORALES** stated that he knew it was against the law to smuggle narcotics into the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>KCH/pl<br>AUTHORIZED AUSA *Kevin Hakala* | SIGNATURE OF COMPLAINANT (official title)<br>*Paul Barco* |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent<br>Paul Barco |
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]   *Marias S. Aguilera* | DATE<br>January 21, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54